Decided April 25, 2001

GIZELLA BIRO *v.* LEON C. HIRSCH ET AL.

The petition for certification by the defendants, Leon C. Hirsch and Turi Josefson, for appeal from the Appellate Court, 62 Conn. App. 11 (AC 19639), is denied.

KATZ and PALMER, Js., dissenting. We would grant the petition for certification by the defendants, Leon C. Hirsch and Turi Josefson.

NORCOTT and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Hugh F. Keefe,* in support of the petition.

Decided April 25, 2001